IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JACQUELINE MITCHELL, ) <br> ) <br> Plaintiff, ) <br> ) No. 3:12-cv-01060 <br> v. ) <br> ) Judge Nixon <br> CAROLYN W. COLVIN, ) Magistrate Judge Brown <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) | |

## ORDER

Pending before the Court is Plaintiff Jacqueline Mitchell's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 12), filed with a Brief in Support (Doc. No. 12-1). Defendant Commissioner of Social Security filed a Response opposing the Motion (Doc. No. 13), to which Plaintiff filed a Reply (Doc. No. 14). Subsequently, Magistrate Judge Brown issued a Report and Recommendation ("Report") recommending that the Motion be denied. (Doc. No. 17 at 21.) The Report was filed on January 15, 2014, and provided a period of fourteen days in which either party could file an objection. (*Id.*) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 4th day of February, 2014.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT